# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEBORAH MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-01001 |
| | ) | Judge Collyer |
| | ) | |
| U.S. POSTAL SERVICE | ) | |
| FEDERAL CREDIT UNION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **PRAECIPE**

WILL THE CLERK please note that the correct address for the plaintiff Deborah Miller is

3104 28th Street, S.E., Washington, D.C. 20020.


Respectfully submitted,


Dated: June 27, 2007          _____/s/  Amy S. Owen_____
                             Amy S. Owen (Bar No. 411601)
                             Kimberly L. Cole (Bar No. 495147)
                             COCHRAN & OWEN, LLC
                             8000 Towers Crescent Drive, Suite 160
                             Vienna, Virginia  22182
                             (703) 847-4480 (telephone)
                             (703) 847-4499 (facsimile)

                             *Counsel for U.S. Postal Service Federal Credit Union*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Praecipe was served by first-class mail, postage pre-paid, this 27th day of June, 2007, upon:

Deborah Miller
3104 28th Street, S.E.
Washington, DC 20020

*Plaintiff*

       /s/  Amy S. Owen
Amy S. Owen