PRAECIPE

# United States District Court
# for the District of Columbia

the _29th_ day of _June_ 19- _2007_

Deborah Miller
3104 28th St. S.E.
Washington D.C. 20020

vs.

U.S. Postal Service Federal Credit Union
#75 L'Enfant Plaza, W. S.W.
Washington, D.C. 20870

Civil / Criminal
Action No. _07-1001 RMC_

The Clerk of said Court will

Wrong Address 3109 28th St. S.E. Washington D.C. 20020
Correct Address 3104 28th St. S.E. Washington DC 20020

Date

BAR IDENTIFICATION NO.

Signature: _Deborah Miller_

Print Name: Deborah Miller

Address: 3104 28th St. S.E.

City: Washington   State: DC   Zip Code: 20020

Phone Number: (202) 889-2471

**RECEIVED**
JUN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I, Deborah Miller will mail a copy to Cochran & Owen, LLC Attention Kimberly L. Cole at 8000 Towers Cresent Drive Suite 160 Vienna VA 22128 on June 29, 2007