IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH MILLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01001 |
| ) | Judge Collyer |
| ) | |
| U.S. POSTAL SERVICE ) | |
| FEDERAL CREDIT UNION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATED ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and as evidenced by signature of the parties below, the parties have agreed to dismiss this action with prejudice. Accordingly, it is hereby

ORDERED, that this action be, and it hereby is, dismissed with prejudice. Each of the parties is to bear its own costs.


Dated:_____      _____
                                     United States District Court Judge

AGREED:

*/s/ Deborah Miller*
Deborah Miller
3104 28th Street, S.E.
Washington, DC 20020

*Plaintiff*


*/s/ Kimberly L. Cole*
Amy S. Owen (Bar No. 411601)
Kimberly L. Cole (Bar No. 495147)
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
(703) 847-4480 (telephone)
(703) 847-4499 (facsimile)

*Counsel for Defendant*